# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 06-31559-DHW
                                                   Chapter 13

HENRY BROWN, III,

    Debtor.

## CONDITIONAL ORDER TERMINATING STAY

    Homecomings Financial, LLC filed a motion for relief from the automatic stays imposed by 11 U.S.C. §§ 362(a) and 1301(a) to enforce a lien on the property described in the motion and to proceed against the codebtor to collect the debt to the extent the debt is not being paid through the chapter 13 plan.

    The motion came on for hearing on July 9, 2007. The parties agree that the debtor is currently in default due to a change in the amount of the payments under the adjustable rate mortgage. It is hereby

    ORDERED that the stay is TERMINATED effective 12:00 noon on **August 23, 2007** to allow Homecomings Financial, LLC to enforce its lien on the property described in the motion and to proceed against the codebtor Daphne Brown unless the debtor cures the above-referenced default prior to that time. The creditor shall provide the debtor with the amount of the default within the next 10 days. The creditor may amend its proof of claim to include $200 attorney's fees incurred in connection with this motion for relief from stay.

    Done this 9 day of July, 2007.

                                                         /s/ Dwight H. Williams, Jr.
                                                         United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Daniel L. Feinstein, Attorney for Creditor
   Curtis C. Reding, Trustee